UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

        Amber E. Decker

                Defendant.

-----------------------------------------------------------

ORIGINAL

Case No.: 15 MJ 00890 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 21 day of October, 2021
Poughkeepsie, New York